# Order

**Michigan Supreme Court**
**Lansing, Michigan**

October 3, 2019

Bridget M. McCormack,
Chief Justice

David F. Viviano,
Chief Justice Pro Tem

Stephen J. Markman
Brian K. Zahra
Richard H. Bernstein
Elizabeth T. Clement
Megan K. Cavanagh,
Justices

158065(75)

PEOPLE OF THE STATE OF MICHIGAN,
   Plaintiff-Appellee,

v

           SC: 158065
           COA: 333997
           Mecosta CC:  15-008431-FH;
             14-008297-FH

KELLY CHRISTOPHER WARREN,
     Defendant-Appellant.
_____/

On order of the Chief Justice, the motion of the Attorney General to share part of defendant-appellant's allotted time for oral argument is GRANTED.



I, Larry S. Royster, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

October 3, 2019



Clerk